IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:13-00097 |
| | ) | Chief Judge Haynes |
| KENNETH EDWARD STAFFORD, | ) | |
| Defendant. | ) | |

**O R D E R**

Upon review of the file, I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the ___ day of June, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court