UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) No. 3:13-00097-3 | |
| v. | ) | |
| | ) Judge Sharp | |
| RASHAD WOODSIDE | ) | |

## MOTION ATTACHING EXHIBIT 1 APPEALING RELEASE ORDER

The United States, through Acting United States Attorney David Rivera and Assistant United States Attorney Brent A. Hannafan, hereby submits what should have been attached as Exhibit 1 to the Motion appealing the order of Magistrate Judge Jonathan Goodman of the Southern District of Florida. What should have been attached as Exhibit 1 to that Motion (Docket No. 157) was a collective exhibit of Docket Entries Nos. 5, 6, 7, 8, 9, and 10 in the proceedings before Judge Goodman. That Exhibit is attached to this Motion as Exhibit 1. The undersigned apologizes to the Court for the filing error.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

BY:   s/Brent A. Hannafan
Brent A. Hannafan
Assistant U.S. Attorney
110th Avenue South, A96l
Nashville, Tennessee 37203
Phone: 615-736-5151