> **ORDER:** Motion denied.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | Nos. 3:13-cr-00097 |
| | ) | |
| RONNIE DUSTIN McCULLOUCH | ) | |

### DEFENDANT'S MOTION TO RECONSIDER

Comes now the Defendant Ronnie Dustin McCullouch, by and through counsel, and respectfully moves the Court to reconsider its Order issuing an arrest warrant, Docket Numbers 243 and 244, and moves that this matter be re-set at the Court's convenience upon the Court's docket to hear from the Defendant on the matter of Non-Compliance with conditions of pretrial release per the Amended Petition and Order of additional violations, Docket Number 241.

In support of his position, Defendant would further state that although it is the policy of the Middle District Court Clerk's Office to mail a copy of the Petition for Action on Conditions of Pretrial Release to the Defendant at his address on file, although Defendant's attorney emailed Defendant at least twice about the violation of pretrial conditions, although Defendant's attorney tried to call the Defendant on several occasions about the court date and pretrial violations (Defendant's phone was disconnected), and although Defendant