IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | CASE NO. 3:13-00097-19 |
| vs. ) | JUDGE SHARP/KNOWLES |
| ) | |
| ) | |
| JAMES MASSEY ) | |

## ORDER

Pursuant to Defendant's previously-filed Motion (Docket No. 231), the Court held a reopened Detention Hearing on August 29, 2013. During the Hearing, the Court heard further proof from Defendant's witnesses with regard to the detention issue.

For the reasons stated on the record during open Court, and for the reasons stated in the undersigned's previous Order of Detention (Docket No. 151), Defendant shall remain detained pending further orders of the Court.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge