ORDER:
Motion granted. The Revocation hearing is reset to October 1, 2013, at 10:30 a.m.

*E. Clifton Knowles*

U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:13-00097-11 |
| | ) | Magistrate Judge Knowles |
| **FLETCHER DENNING** | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

**COMES NOW** Benjamin H. Perry, counsel for Defendant Fletcher Denning, and respectfully moves this Honorable Court for the entry of an Order continuing the Revocation Hearing set in this matter from September 16, 2013 at 10:30 a.m., to a later date that is convenient to the Court and counsel. In support hereof, undersigned counsel would state that:

1. On August 29, 2013, the Court entered an Order scheduling a Revocation Hearing for Defendant Denning on September 16, 2013 at 10:30 a.m. (Docket Entry 256).

2. Undersigned counsel has just completed back to back federal criminal jury trials (*United States v. Ahmed, et al.*, Criminal Case No. 3:11-00132 in front of Chief Judge Haynes July 23-26, 2013 & *United States v. Duncan, et al.*, Criminal Case No. 3:09-00012 in front of Judge Sharp August 6-23, 2013).

3. Undersigned counsel has a much needed family vacation scheduled September 14 – 28, 2013.

4. Assistant United States Attorney Brent Hannafan has authorized undersigned counsel to report that the government has no objection to the requested continuance.

**WHEREFORE**, based on the foregoing, undersigned counsel respectfully requests that this Honorable Court grant this Motion.

1