IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CASE NO. 3:13-CR-00097-4 |
| | ) JUDGE KNOWLES |
| NICHOLAS ADAM YOUNG | ) |

## ORDER

The Court held a Hearing on September 23, 2013, with regard to a Petition for Action on Conditions of Pretrial Release submitted on September 19, 2013, by the Pretrial Services Office. Docket No. 294. Based upon the agreement of the parties and the concurrence of the Pretrial Services Office, Defendant shall be continued on pretrial release under the same conditions of release previously imposed (Docket No. 46), with the additional conditions that he reside at Dierson Charities as directed by Pretrial Services, and that he reside at the New Leaf Recovery Center in Cookeville, Tennessee, as directed by Pretrial Services.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge