UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Criminal Case: 3:13-00097-9 |
| | ) | Magistrate Judge Knowles |
| **MICHAEL CHAD CORLEY** | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion for Expedited Review of Detention Order. Docket No. 305. A Detention Review hearing for Defendant, Michael Chad Corley, is scheduled for **Wednesday, October 2, 2013, at 2:30 p.m.**

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge