ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:13-00097 |
| | ) | Judge Kevin Sharp |
| KAYCEE ANNE BREEDEN | ) | |

## SECOND MOTION TO CONTINUE DETENTION HEARING

The Defendant, Kaycee Anne Breeden, by and through counsel, hereby moves to continue the detention hearing currently set for the afternoon of October 17, 2013. Counsel for Ms. Breeden has conferred with opposing counsel, US Probation and the Court concerning a new date. It appears that October 30, 2013 at 1:30 PM is convenient to all. Counsel therefore moves that this matter be reset for hearing on October 30, 2013 at 1:30 PM.

Respectfully submitted,

/s/ John P. Cauley
John P. Cauley, Attorney
1550 West McEwen Drive
Suite 300, Box 19
Franklin, TN 37067
(615) 790-2426
john@johncauley.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2013 a copy of the foregoing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, namely Assistant U.S. Attorney Brent A. Hannafan, 110 9th Avenue South, Suite A-961, Nashville, TN 37203, along with all other defendants in this case. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ John P. Cauley