ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:13-00097 |
| ) | Judge Kevin Sharp |
| KAYCEE ANNE BREEDEN ) | |

## MOTION TO CONTINUE DETENTION HEARING

The Defendant, Kaycee Anne Breeden, by and through counsel, hereby moves to continue the detention hearing currently set for the afternoon of October 30th, 2013. As grounds for this request counsel for Ms. Breeden asserts that he needs additional time to arrange a viable alternative to Ms. Breeden's pre-trial detention. After consultation with the Court, opposing counsel and the USPO, it is counsel's request that the hearing be continued until 1:30 PM on the afternoon of November 12, 2013.

Respectfully submitted,

/s/ John P. Cauley
John P. Cauley, Attorney
1550 West McEwen Drive
Suite 300, Box 19
Franklin, TN 37067
(615) 790-2426
john@johncauley.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013 a copy of the foregoing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, namely Assistant U.S. Attorney Brent A. Hannafan, 110 9th Avenue South, Suite A-961, Nashville, TN 37203, along with all other defendants in this case. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ John P. Cauley