UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-00097-23 |
| | ) | Magistrate Judge Knowles |
| PETER LEWIS | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion for Review of Detention Order. Docket No. 382. This matter is set for a hearing on **Thursday, January 23, 2014, at 1:30 p.m.** before the undersigned.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge