UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION


**UNITED STATES OF AMERICA** )
                             )
**v.**                       )    Case No. 3:13-00097-24
                             )    Magistrate Judge Knowles
**RYAN MOORE**               )


                         **O R D E R**

This matter is scheduled for a Bond Revocation Hearing before the undersigned on February 20, 2014, at 2:30 p.m.

IT IS SO ORDERED.


_____
E. CLIFTON KNOWLES
United States Magistrate Judge