# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Ryan Moore _____     Docket No. 0650 3:13CR00097 - 24 _____

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Dariel S Blackledge-White _____ , PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant Ryan Moore _____
who was placed under pretrial release supervision by the Honorable E. Clifton Knowles, U.S. Magistrate Judge
sitting in the Court at Nashville, Tennessee _____ , on June 07, 2013 _____ , under the following
conditions:  Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Dariel S Blackledge-White _____ Nashville, TN _____     February 5, 2014
U.S. Pretrial Services Officer                  Place:                               Date:

Next Scheduled Court Event     **Trial** _____     February 11, 2014 _____
                                            Event                              Date

---

## PETITIONING THE COURT

☐ No Action
☐ To Issue a Warrant

☐ To issue an order setting a hearing on the petition
☒ Other  The petition dated January 17, 2014, is
amended to include additional violations.

---

THE COURT ORDERS:
☐ No Action
☐ The Issuance of a Warrant.
    ☐ Sealed Pending Warrant Execution
       (cc: U.S. Probation and U.S. Marshals only)
☒ Other
    The petition is so Amended.

☐ A Hearing on the Petition is set for

_____     _____
Date                              Time

Considered and ordered this 5th day
of February, 2014 , and ordered filed
and made a part of the records in the above
case.

_____
Honorable E. Clifton Knowles
U.S. Magistrate Judge

Honorable E. Clifton Knowles
U.S. Magistrate Judge
2nd Superseding Petition for Action on
MOORE, Ryan
Case No. 3:13-CR-00097-24
February 5, 2014

**The petition dated January 17, 2014, is superseded to include one additional count of Violation No. 2, and the addition of Violation No. 3. Additionally, the Violation, Probation Officer Action, and Pretrial Services recommendation sections have been edited.**

On June 3, 2013, defendant Ryan Moore appeared before Your Honor for an Initial Appearance as a result of being charged with violating Title 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute and to Distribute Oxycodone, Hydromorphone, and Oxymorphone, Schedule II Controlled Substances; and Buprenorphine, a Schedule III Controlled Substance. The Government did not file a Motion for Detention, and the defendant was released on a personal recognizance bond with pretrial supervision.

As Mr. Moore had an active state probation violation, on June 7, 2013, he was released on a detainer to Wilson County, Tennessee. On October 20, 2013, the defendant was released from local custody.

On November 20, 2013, Mr. Moore reported for pretrial supervision.

On January 7, 2014, the bond revocation hearing was continued to February 20, 2014, to monitor the defendant's compliance on Pretrial Supervision. Mr. Moore has again violated the conditions of his supervision.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: Report to the U.S. Pretrial Services as directed.**

On December 18, 2013, the defendant failed to report to the U.S. Probation and Pretrial Services Office for his scheduled monthly appointment.

As a sealed Arrest Warrant was issued for the defendant on January 7, 2014, this officer telephoned the defendant on January 9, 2014, at 9:54 a.m. and requested that he come into the probation office. Mr. Moore advised that he lacked transportation because his father's vehicle was being repaired. He expressed his belief that his father would pick the vehicle up from the automotive shop later in the evening and could bring him into the office the next day. This officer encouraged Mr. Moore to try to find a ride to Nashville on the date of the phone call. Further, Mr. Moore was instructed to call the supervising officer back to advise when he would come into the office.

Honorable E. Clifton Knowles
U.S. Magistrate Judge
2nd Superseding Petition for Action on
MOORE, Ryan
Case No. 3:13-CR-00097-24
February 5, 2014

At the close of business on January 9, 2014, this officer had not heard from Mr. Moore. The U.S. Marshals Service District Fugitive Task Force Coordinator for the Middle District of Tennessee was contacted, and apprehension services were requested.

**Violation No. 2: Submit to any testing required by the pretrial services officer or the supervising officer to determine whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.**

On December 13, 2013, Mr. Moore failed to report for a urine screen as directed. He also failed to report for make-up urine screens on December 16, 2013, and on January 9, 2014.

*On January 29, 2014, the defendant failed to report for a urine screen as instructed. Additionally, on January 30, 2014, he failed to report, as directed, to the U.S. Probation and Pretrial Services Office for a make-up urine screen.*

**Violation No. 3: The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.**

On the evening of January 30, 2014, this officer received notification that the defendant had law enforcement contact with the Lebanon Police Department. Investigation revealed that on the same date at approximately 7:07 p.m., officers were dispatched to the Knights Inn in Lebanon, Tennessee, to investigate a possible methamphetamine laboratory. When they arrived on the scene, officers encountered a woman, Stephanie Mosley, who allowed them into her motel room. Investigation revealed the room housed a methamphetamine laboratory. A man, identified as Nathan Busard, was discovered hiding in the bathroom. Mr. Busard and Ms. Mosley were taken into custody.

Inside the motel room, officers discovered a camouflage backpack that Ms. Mosley indicated belonged to her. It contained Mason jars with residue, plastic tubing, coffee filters, lithium batteries, and drain cleaner. Additionally, Percocet, methadone, and alprazolam were observed in plain view. For safety reasons, officers removed occupants from other motel rooms located near the scene. The Tennessee Methamphetamine Task Force responded to decontaminate and clean up the motel room.

At approximately 9:50 p.m., officers received a tip that two male subjects located at the Pilot gas station in Lebanon, were watching the police activity at the motel. The caller indicated the men said they left their phones at the Knights Inn but would not retrieve them. Further, the caller advised the defendant had entered the women's restroom and left blood everywhere.

At approximately 10:26 p.m., Lebanon City Police Department officers were dispatched to the Pilot gas station and encountered the defendant and another individual, Christopher Wright. The arresting

Honorable E. Clifton Knowles
U.S. Magistrate Judge
2nd Superseding Petition for Action on
MOORE, Ryan
Case No. 3:13-CR-00097-24
February 5, 2014

officer indicated Mr. Moore had red, bloodshot eyes and a white coating on his tongue. According to the officer, defendant Moore voluntarily displayed his arms, which had fresh "track marks" and bruises on them.

The defendant was taken into custody and transported back to the Knights Inn, located at 921 Murfreesboro Road, Lebanon, Tennessee. Mr. Moore consented to a search of his hotel room and was subsequently arrested and transported to booking. He was charged with Public Intoxication (Report No. 14-4806), and on January 31, 2014, defendant Moore was released on his own recognizance.

Of note, Mr. Wright possessed a red straw which contained white residue at the time of his arrest. He admitted he snorted methamphetamine.

**Current Status of Case:**

A jury trial has been scheduled for February 11, 2014, at 9:00 a.m.

**Probation Officer Action:**

On November 15, 2013, this officer received information that the defendant was released from local custody on October 20, 2013. Contact was made with Sparta Bail Bonds, located in Lebanon, Tennessee, who confirmed the defendant was on bond in an unrelated state criminal case. Efforts were made to locate the defendant, and on November 19, 2013, this officer spoke with the defendant via telephone. An initial intake interview was scheduled for November 20, 2013. During this interview, this officer addressed Mr. Moore's 30-day absence from federal pretrial supervision, and he was encouraged to report as instructed. He was also advised that the Court would have to pre-approve any residential change.

On December 14, 2013, this officer conducted a home assessment at Mr. Moore's residence. As he had missed a urine screen on the previous day, he was instructed to report to the U.S. Probation and Pretrial Services Office on the morning of December 16, 2013. Additionally, defendant Moore was instructed to contact Cumberland Mental Health Center, located in Lebanon, Tennessee, to schedule his substance abuse intake assessment. He failed to report for a drug screen as directed.

On December 16, 2013, the defendant's girlfriend, Nikki Speakman, called this officer to advise Mr. Moore was ill. On December 17, 2013, Ms. Speakman again contacted this officer and advised the defendant was taken to the hospital.

On January 9, 2014, this officer again requested the defendant report to the office for a urine screen. He failed to comply with this directive.

Honorable E. Clifton Knowles
U.S. Magistrate Judge
2nd Superseding Petition for Action on
MOORE, Ryan
Case No. 3:13-CR-00097-24
February 5, 2014

On January 13, 2014, information was received that the defendant reported to Cumberland Mental Health, located in Lebanon, Tennessee, for a substance abuse assessment. The U.S. Marshals Service was advised of Mr. Moore's whereabouts, and local law enforcement was contacted. Defendant Moore was arrested when he exited Cumberland Mental Health. He was transported to the U.S. Marshals Service, and the sealed warrant was executed. It is noted that on this date, presumably after the defendant's arrest, his girlfriend, Nikki Speakman, telephoned the supervising officer to advise that Mr. Moore had been either ill or at the hospital. This officer requested that Ms. Speakman refrain from contacting the officer on behalf of the defendant.

**At the conclusion of the defendant's Initial Appearance on January 13, 2014, he reported to the U.S. Probation and Pretrial Services Office. A drug test was administered, and Mr. Moore was negative for all substances.**

*On January 29, 2014, the defendant contacted this officer to advise he did not have a ride to the probation office. He was encouraged to find a ride to the office for his urine screen, but he did not report. On January 30, 2014, Mr. Moore was again prompted to report to the office for a urine screen. He did not report as instructed.*

*On January 31, 2014, at approximately 3:20 p.m., the defendant reported to the U.S. Probation and Pretrial Services Office. He submitted a urine screen that was negative for all substances. Mr. Moore advised this officer of his new arrest and he denied he was drunk. He reported he has red eyes due to medical reasons. Further, Mr. Moore denied he was given the opportunity to submit to a breathalyzer or blood alcohol test.*

*The defendant stated he stayed the night at the hotel with his girlfriend, Nikki Speakman, who has moved out of their residence. Defendant Moore reported he still lives at his residence. He was advised he has to obtain permission from the Court before he changes his residence.*

*This officer questioned whether Mr. Moore has used intravenous drugs. He admitted he last used intravenous drugs in June 2013. The supervising officer viewed the defendant's arms and feet, and there were no visible signs of immediate intravenous drug use. Mr. Moore was strongly encouraged to explore his transportation options so that he may report for drug screens as scheduled. Further, he was informed the Court would be notified of his noncompliance.*

<u>**Respectfully Petitioning the Court as Follows**</u>:

Based upon Mr. Moore's initial failure to report to the U.S. Probation and Pretrial Services when released from custody in October 2013, his failure to report for urine screens in December 2013, and in January 2014, along with his new arrest for Public Intoxication, Pretrial Services opines that Mr. Moore is incapable of fully complying with the conditions of his pretrial supervision. Therefore, it is respectfully recommended that the defendant be ordered to appear before the Court to show cause as to why his bond should not be revoked.

Honorable E. Clifton Knowles
U.S. Magistrate Judge
2nd Superseding Petition for Action on
MOORE, Ryan
Case No. 3:13-CR-00097-24
February 5, 2014

Assistant United States Attorney Brent Hannafan has been advised of the violation.

Approved:

Vidette A. Putman
Supervisory U.S. Probation Officer

xc:   Brent Hannafan, Assistant U.S. Attorney
      David Heroux, Defense Counsel


Enclosures

# ARREST/SUSPECT/F.I. INFORMATION

| | | |
|---|---|---|
| P ☐ PETITION | ARREST DATE: 1-30-14 | CASE #: 14-4806 |
| W ☐ WARRANT | ARREST TIME: 2235 | ARRESTED 1 of 7 |
| SUS ☐ SUSPECT | | |
| OFF ☐ OFFENDER | | |
| FI ☐ FIELD INTERVIEW | | |

1. 7310(m)  4.
2.  5.
3.  6.

**TYPE OF ARREST:**
ARR ☐ ADULT ARREST
☑ ON-VIEW
S ☐ SUMMONED/CITED
T ☐ TAKEN INTO CUSTODY
MP ☐ MISSING PERSON
JUV ☐ JUVENILE ARREST
RUN ☐ RUNAWAY

**ARRESTEE ARMED WITH:**
☑ NOT ARMED
11 ☐ FIREARM
12 ☐ HANDGUN
13 ☐ RIFLE
14 ☐ SHOTGUN
15 ☐ OTHER WEAPON
16 ☐ CUTTING INSTRUMENT
17 ☐ CLUB / BRASS KNUCKLES

**DISPOSITION OF ARREST UNDER 18:**
H ☐ HANDLED WITHIN DEPARTMENT
R ☐ REFERRED TO OTHER AUTHORITY

| LOCATION OF ARREST: 921 MURFREESBORO RD | ARREST # 1 | DR. LICENSE #: 110180276 | STATE: TN |
|---|---|---|---|

| SOCIAL SECURITY #: 413 65 1461 | LAST: MOORE | FIRST: RYAN | MIDDLE: LEE | ALIAS: |
|---|---|---|---|---|

| HOUSE #: 903 | STREET ADDRESS: MURFREESBORO RD #138 | CITY: LEBANON | STATE: TN | ZIP CODE: 37087 |
|---|---|---|---|---|

| AGE: 23 | SEX: ☑ MALE  F ☐ FEMALE  U ☐ UNKNOWN | RACE: ☑ WHITE  B ☐ BLACK  I ☐ INDIAN  A ☐ ASIAN  O ☐ OTHER | ETHNICITY: H ☐ HISPANIC  N ☑ NON-HISPANIC  U ☐ UNKNOWN | RESIDENT STATUS: ☑ RESIDENT  N ☐ NON-RESIDENT  U ☐ UNKNOWN | HOME #: |
|---|---|---|---|---|---|
| DOB: 6-1-90 | | | | WORK #: | |
| | | | | CELL/PAGER #: 300 8246 | |

**HEIGHT:** FEET: 5  INCHES: 11
**WEIGHT:** 180

**EYES:**
ALB ☐ ALBINO
BLK ☐ BLACK
BLU ☐ BLUE
BRO ☐ BROWN
GRN ☐ GREEN
GRY ☐ GRAY
HAZ ☐ HAZEL

**HAIR:**
BLK ☐ BLACK
BLN ☐ BLONDE
BRO ☑ BROWN
DBR ☐ DARK BROWN
LBR ☐ LIGHT BROWN
GRY ☐ GRAY
RED ☐ RED
XXX ☐ UNKNOWN
COMPLETELY BALD

**FINGERPRINTED:** ☑ YES ☐ NO
**PHOTO TAKEN:** ☑ YES ☐ NO
**HANDED:** R ☑ RIGHT  L ☐ LEFT  A ☐ AMBIDEXTROUS

| OFF. PRESENT: ☑ YES ☐ NO | OCCUPATION: | EMPLOYED BY: UNEMPLOYED | SCHOOL: |
|---|---|---|---|
| HANDICAP?: ☐ YES ☑ NO | HOW: | GANG AFFILIATION: | DRUG TEST: TYPE: | RESULTS: |

TATTOOS...DESCRIBE

AMPUTATIONS...DESCRIBE

SCARS.......

OTHER TRAITS...DESCRIBE

**COURT:** GSII
**DATE AND TIME:** 3-24-14  9am

**DIST**
01
02 ☐ AMP
03 ☐ BLIND
04 ☐ CANE/CRUTCH
05 ☐ CRIPPLED
06 ☐ DEFORMED LIMBS
07 ☐ GROWTH/MOLE
☐ HEARING AID
☐ DISCOLORIZATION
11 ☐ SPASTIC MOVEMENTS
12 ☐ WHEELCHAIR
13 ☐ HANDICAPPED
☑ OTHER

**APPEARANCE:**
01 ☑ CASUAL
02 ☐ DIRTY
03 ☐ DISGUISE
04 ☐ FLASHY
05 ☐ MILITARY
06 ☐ WELL GROOMED
07 ☐ ANGRY
08 ☐ CALM
09 ☐ DISORGANIZED
10 ☐ NERVOUS
11 ☐ POLITE
12 ☐ VIOLENT
99 ☐ OTHER

**FACIAL SHAPE:**
01 ☐ BROAD
02 ☐ HIGH CHEEK BONES
03 ☐ LONG
05 ☐ ROUND
06 ☐ SQUARE
07 ☐ THIN/LONG
99 ☐ OTHER

**BODY BUILD:**
01 ☐ THIN
02 ☑ MEDIUM/AVERAGE
03 ☐ STOCKY
04 ☐ HEAVY
05 ☐ OBESE
09 ☐ SMALL
10 ☐ LARGE
11 ☐ MUSCULAR
99 ☐ OTHER

**TEETH:**
01 ☐ BRACES
02 ☐ CROOKED/BROKEN
03 ☐ CROOKED
04 ☐ FALSE
05 ☐ GAPS BETWEEN
06 ☐ GOLD CAPPED
07 ☐ SILVER CAPPED
08 ☐ MISSING
09 ☐ STAINED/DECAYED
10 ☐ JEWEL STUDDED
11 ☑ NORMAL
99 ☐ OTHER

**COMPLEXION:**
01 ☐ PALE/SHALLOW
02 ☐ LIGHT/FAIR
03 ☑ MEDIUM/AVERAGE
04 ☐ DARK
05 ☐ TANNED
06 ☐ JAUNDICED
07 ☐ ACNE
08 ☐ FRECKLED
09 ☐ POCKED
10 ☐ RUDDY
11 ☐ CLEAR
12 ☐ OLIVE
13 ☐ WEATHERED
14 ☐ WRINKLED
15 ☐ UNKNOWN
99 ☐ OTHER

**FACIAL HAIR:**
01 ☐ NOT APPLICABLE
02 ☐ CLEAN SHAVEN
03 ☐ UNSHAVEN
04 ☐ SIDEBURNS
05 ☐ MUSTACHE
06 ☐ FU MANCHU
07 ☐ LOWER LIP
08 ☑ GOATEE
09 ☐ FULL BEARD
10 ☐ SCRAGGLY BEARD
11 ☐ SHORT BEARD
12 ☐ THIN MUSTACHE
13 ☐ THICK MUSTACHE
99 ☐ OTHER

**LENGTH OF HAIR:**
01 ☐ SHAVED
02 ☐ BALD
03 ☐ BALDING
04 ☑ SHORT
05 ☐ NECK LENGTH
06 ☐ COLLAR LENGTH
07 ☐ SHOULDER LENGTH
08 ☐ LONG
09 ☐ PUNK STYLE
99 ☐ OTHER

**HAIR SHADED/TYPE:**
01 ☑ STRAIGHT
02 ☐ DARK
03 ☐ HIGHLIGHTED
04 ☐ DYED
05 ☐ THICK
06 ☐ WIRY
07 ☐ FINE
08 ☐ THIN
09 ☐ RECEDING
10 ☐ WIG
99 ☐ OTHER

**HAIR STYLE:**
01 ☐ NOT APPLICABLE
02 ☐ AFRO
03 ☐ BUSHY
04 ☐ CREW CUT
05 ☐ MILITARY
06 ☐ NATURAL
07 ☐ PONYTAIL
08 ☐ PROCESSED
09 ☐ STRAIGHT
10 ☐ WAVY/CURLY
11 ☐ FLAT TOP
12 ☐ GREASY
13 ☐ MOHAWK
14 ☐ PUNK
15 ☐ BANGS
16 ☐ CENTER PART
17 ☐ COMBED BACK
18 ☐ DIRTY
19 ☐ SIDE PART
20 ☑ STYLED

**SPEECH:**
01 ☐ NORMAL
02 ☐ ACCENT - US
03 ☐ ACCENT - FOREIGN
04 ☐ NON-ENGLISH
05 ☐ HIGH PITCHED
06 ☐ LOW PITCHED
07 ☐ NASAL
08 ☐ RASPY
09 ☐ STUTTERS
10 ☐ DEEP
11 ☐ DISGUISED
12 ☐ SLURRED
13 ☐ OTHER
14 ☐ SPEECH IMPEDIMENT
☑ OTHER

**GLASSES/CONTACTS:**
01 ☑ NONE
02 ☐ YES/UNKNOWN TYPE
03 ☐ PRESCRIPTION
04 ☐ SUNGLASSES
05 ☐ CONTACT LENS
06 ☐ DESIGNER
99 ☐ OTHER

**MARITAL STATUS:**
01 ☑ SINGLE
02 ☐ MARRIED
03 ☐ DIVORCED
04 ☐ WIDOW
05 ☐ SEPARATED
06 ☐ HOMOSEXUAL
07 ☐ COHABITATING
99 ☐ OTHER

**U.S. CITIZEN:** ☑ YES ☐ NO

**EARRINGS:** ☐ YES ☑ NO

**CLOTHING:** GREEN JACKET JEANS

**PLACE OF BIRTH:** TN

**PAGE 5 of 6**

NAME/ PIN # Hawkins 1088

| REPORTING OFFICER: Hawkins | PIN #: 1099 | DATE/TIME: 1-30-14 22:26 |
|---|---|---|

| VEHICLE: ∅ | TYPE: | CODE: | LICENSE#: | STATE: | YR: |
|---|---|---|---|---|---|

| YR: | MAKE: | MODEL: | STYLE: |
|---|---|---|---|

| VIN#: | COLOR(S): | TOWED: YES / NO   HOLD: YES / NO |
|---|---|---|

| COMPANIONS: | TOW COMPANY: |
|---|---|

**NARRATIVE:** On 1-30-14, at 22:26 I responded to Pilot for a call of suspicious activity. I made contact with a Ryan Moore. He had red, bloodshot eyes and white coating on his tongue. The Pilot employees advised they had seen him exit the women's bathroom upstairs. When they checked the bathroom, they found blood on the floor. Mr. Moore voluntarily showed officers his arms and he had fresh track marks and bruises from what is believed to be intravenous drug use. He was placed into custody with double locked cuffs and transported in Unit 1381 to Knights Inn for a consent search of his room. He was then transported to booking. In car video was used.

| Approving Supervisor _(signature)_ | PIN # 1099 | Date 1-31-14 |
|---|---|---|

**ARREST/SUSPECT/F.I. INFORMATION**

| | |
|---|---|
| P ☐ PETITION | |
| W ☐ WARRANT | |
| SUS ☐ SUSPECT | |
| OFF ☐ OFFENDER | |
| FI ☐ FIELD INTERVIEW | |
| ARR ☒ ADULT ARREST | |
| MP ☐ MISSING PERSON | |
| JUV ☐ JUVENILE ARREST | |
| RUN ☐ RUNAWAY | |

ARREST DATE: 1-30-14  CASE #: 14-4806
ARREST TIME: 22:26  ARRESTED: 1 of 7

1. 0040 (w)  4.
2.  5.
3.  6.

**TYPE OF ARREST:**
O ☒ ON-VIEW
S ☐ SUMMONED/CITED
T ☐ TAKEN INTO CUSTODY

**ARRESTEE ARMED WITH:**
09 ☐ UNARMED  14 ☐ SHOTGUN
11 ☐ FIREARM  15 ☐ OTHER WEAPON
12 ☐ HANDGUN  16 ☐ CUTTING INSTRUMENT
13 ☐ RIFLE  17 ☐ CLUB / BRASS KNUCKLES

**DISPOSITION OF ARREST UNDER 18:**
H ☐ HANDLED WITHIN DEPARTMENT
R ☐ REFERRED TO OTHER AUTHORITY

LOCATION OF ARREST: Pilot / Murfreesboro Rd.
ARREST #: 1  DR. LICENSE #: 115931377  STATE: TN

SOCIAL SECURITY #: 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
NAME: LAST: WRIGHT  FIRST: CHRISTOPHER  MIDDLE: TODD
ALIAS:

HOUSE#: 137  STREET ADDRESS: READ AVE  CITY: CARTHAGE  STATE: TN  ZIP CODE: 37030

AGE: 22
DOB: 10-24-91
SEX: M ☒ MALE  F ☐ FEMALE  U ☐ UNKNOWN
RACE: W ☒ WHITE  B ☐ BLACK  I ☐ INDIAN  A ☐ ASIAN  O ☐ OTHER
ETHNICITY: H ☐ HISPANIC  N ☒ NON-HISPANIC  U ☐ UNKNOWN
RESIDENT STATUS: R ☐ RESIDENT  N ☒ NON-RESIDENT  U ☐ UNKNOWN
HOME#:
WORK#:
CELL/PAGER#: 684-2251

HEIGHT: FEET: 5'6"  INCHES:
WEIGHT: 135
EYES: ALB ☐ ALBINO  BLK ☐ BLACK  BLU ☐ BLUE  BRO ☐ BROWN  GRN ☒ GREEN  GRY ☐ GRAY  HAZ ☐ HAZEL
HAIR: BLK ☒ BLACK  BLN ☐ BLONDE  BRN ☐ BROWN  DBR ☐ DARK BROWN  LBR ☐ LIGHT BROWN  GRY ☐ GRAY  RED ☐ RED  XXX ☐ UNKNOWN  COMPLETELY BALD
FINGERPRINTED: ☒ YES ☐ NO  HANDED: R ☒ RIGHT  L ☐ LEFT  A ☐ AMBIDEXTROUS
PHOTO TAKEN: ☐ YES ☐ NO

OFF. PRESENT: ☐ YES ☐ NO  OCCUPATION: N/A  EMPLOYED BY: N/A  SCHOOL: N/A

HANDICAP?: ☐ YES ☒ NO  HOW: N/A  GANG AFFILIATION: UNK  DRUG TEST: TYPE:  RESULTS: N/A

TATTOOS........DESCRIBE
AMPUTATIONS........DESCRIBE
DEFORMITIES........DESCRIBE
SCARS........DESCRIBE
OTHER TRAITS........DESCRIBE

COURT: GS II
DATE AND TIME: 3-24-14 @ 900

**DISTINCT FEATURES:**
01 ☐ AMPUTATION  06 ☐ DEFORMED LIMBS  11 ☐ SPASTIC MOVEMENTS
02 ☐ ARTIFICIAL LIMB  07 ☐ GROWTH/MOLE  12 ☐ WHEELCHAIR
03 ☐ BLIND  08 ☐ HEARING AID  13 ☐ HANDCAPPED
04 ☐ CANE/CRUTCH  09 ☐ LIMP  99 ☒ OTHER
05 ☐ CRIPPLED  10 ☐ SKIN DISCOLORIZATION

**APPEARANCE:**
01 ☐ CASUAL  06 ☐ WELL GROOMED  11 ☐ POLITE
02 ☒ DIRTY  07 ☐ ANGRY  12 ☐ VIOLENT
03 ☐ DISGUISE  08 ☐ CALM  99 ☐ OTHER
04 ☐ FLASHY  09 ☐ DISORGANIZED
05 ☐ MILITARY  10 ☐ NERVOUS

**FACIAL SHAPE:**
01 ☐ BROAD  04 ☒ OVAL  07 ☐ THIN/LONG
02 ☐ HIGH CHEEKBONES  05 ☐ ROUND  99 ☐ OTHER
03 ☐ LONG  06 ☐ SQUARE

**BODY BUILD:**
01 ☐ THIN  04 ☐ HEAVY  10 ☐ LARGE
02 ☒ MEDIUM/AVERAGE  09 ☐ OBESE  11 ☐ MUSCULAR
03 ☐ STOCKY  09 ☐ SMALL  99 ☐ OTHER

**TEETH:**
01 ☐ BRACES  07 ☐ SILVER CAPPED
02 ☐ CROOKED/BROKEN  08 ☐ MISSING
03 ☒ CROOKED  09 ☐ STAINED/DECAYED
04 ☐ FALSE  10 ☐ JEWEL STUDDED
05 ☐ GAPS BETWEEN  11 ☐ NORMAL
06 ☐ GOLD CAPPED  99 ☐ OTHER

**COMPLEXION:**
01 ☐ PALE/SHALLOW  09 ☐ POCKED
02 ☐ LIGHT/FAIR  10 ☐ RUDDY
03 ☒ MEDIUM/AVERAGE  11 ☐ CLEAR
04 ☐ DARK  12 ☐ OLIVE
05 ☐ TANNED  13 ☐ WEATHERED
06 ☐ JAUNDICED  14 ☐ WRINKLED
07 ☐ ACNE  15 ☐ UNKNOWN
08 ☐ FRECKLED  99 ☐ OTHER

**FACIAL HAIR:**
01 ☐ NOT APPLICABLE  08 ☐ GOATEE
02 ☐ CLEAN SHAVEN  09 ☐ FULL BEARD
03 ☒ UNSHAVEN  10 ☐ SCRAGGLY BEARD
04 ☐ SIDEBURNS  11 ☐ SHORT BEARD
05 ☐ MUSTACHE  12 ☐ THIN MUSTACHE
06 ☐ FU MANCHU  13 ☐ THICK MUSTACHE
07 ☐ LOWER LIP  99 ☐ OTHER

**LENGTH OF HAIR:**
01 ☐ SHAVED  06 ☒ COLLAR LENGTH
02 ☐ BALD  07 ☐ SHOULDER LENGTH
03 ☐ BALDING  08 ☐ LONG
04 ☐ SHORT  09 ☐ PUNK STYLE
05 ☐ NECK LENGTH  99 ☐ OTHER

**HAIR SHADED/TYPE:**
01 ☐ LIGHT  06 ☐ WIRY
02 ☒ DARK  07 ☐ FINE
03 ☐ HIGHLIGHTED  08 ☐ THIN
04 ☐ DYED  09 ☐ RECEDING
05 ☐ THICK  10 ☐ WIG
99 ☐ OTHER

**HAIR STYLE:**
01 ☐ NOT APPLICABLE  08 ☐ PROCESSED  15 ☐ BANGS
02 ☐ AFRO  09 ☐ STRAIGHT  16 ☐ CENTER PART
03 ☐ BUSHY  10 ☐ WAVY/CURLY  17 ☐ COMBED BACK
04 ☐ CREW CUT  11 ☐ FLAT TOP  18 ☐ DIRTY
05 ☐ GREASY  12 ☐ GREASY  19 ☐ SIDE PART
07 ☒ PONYTAIL  13 ☐ MOHAWK  20 ☐ STYLED
14 ☐ PUNK  99 ☐ OTHER

**SPEECH:**
01 ☒ NORMAL  08 ☐ RASPY
02 ☐ ACCENT - US  09 ☐ STUTTERS
03 ☐ ACCENT - FOREIGN  10 ☐ DEEP
04 ☐ NON-ENGLISH  11 ☐ DISGUISED
05 ☐ HIGH PITCHED  12 ☐ SLURRED
06 ☐ LOW PITCHED  13 ☐ OTHER
07 ☐ NASAL  14 ☐ SPEECH IMPEDIMENT
99 ☐ OTHER

**GLASSES/CONTACTS:**
01 ☐ NONE
02 ☐ YES/UNKNOWN TYPE
03 ☐ PRESCRIPTION
04 ☐ SUNGLASSES
05 ☐ CONTACT LENS
06 ☐ DESIGNER
99 ☐ OTHER

**MARITAL STATUS:**
01 ☒ SINGLE  07 ☐ COHABITATING
02 ☐ MARRIED  99 ☐ OTHER
03 ☐ DIVORCED
04 ☐ WIDOW
05 ☐ SEPARATED
06 ☐ HOMOSEXUAL

EARRINGS: ☐ YES ☐ NO
U.S. CITIZEN: ☐ YES ☐ NO

CLOTHING: BLUE JEANS  BLACK HOODY

PLACE OF BIRTH: UNK

NAME/ PIN#: C. BRYAN / 1057
PAGE: 9 of 8

09:22:45  01-31-2014  4/14

615 443 3960

**REPORTING OFFICER:** C. BRYAN    **PIN #:** 1057    **DATE/TIME:** 1-30-14 2226

| VEHICLE: | TYPE: | CODE: | LICENSE#: | STATE: | YR: |
|---|---|---|---|---|---|

**YR:**    **MAKE:**    **MODEL:**    **STYLE:**

**VIN#:**    **COLOR(S):**    **TOWED: YES / NO   HOLD: YES / NO**

**COMPANIONS:**    **TOW COMPANY:**

**NARRATIVE:** ON 1-30-14 AT 2226 HOURS I MADE CONTACT WITH MR. CHRISTOPHER WRIGHT AT PILOT, 921 MURFREESBORO RD, AFTER RECEIVING CALLS OF SUSPICIOUS ACTIVITY. MR. WRIGHT GAVE CONSENT TO SEARCH HIS POCKETS. IN HIS POCKETS I LOCATED A RED STRAW WITH WHITE RESIDUE INSIDE IT. MR. WRIGHT ADMITTED TO SNORTING METH WITH THE STRAW. MR. WRIGHT WAS ARRESTED, HANDCUFFED, DOUBLE LOCKED, AND TRANSPORTED TO BOOKING. THE IN CAR CAMERA WAS USED TO RECORD THE INCIDENT.

Approving Supervisor _____    PIN # 1099    Date 1-31-14

# LEBANON POLICE DEPARTMENT

## PROPERTY REPORT

**TYPE OF PROERTY LOSS/ETC:**

| | | | | | |
|---|---|---|---|---|---|
| (1) Burned | (2) Damaged | (3) Evidence | (4) Forged/Counterfeit | (5) Lost | (6) None |
| (7) Recovered | (8) Seized | (9) Stolen | (10) Towed | (11) Other | (12) Found |

**PROPERTY DESCRIPTION:**

| | | |
|---|---|---|
| (01) Aircraft | (15) Construction Equipment | (29) Structure-Single Occupancy |
| (02) Alcohol | (16) Household Goods | (30) Structure-Other Dwelling |
| (03) Automobile | (17) Jewelry | (31) Structure-Commercial |
| (04) Bicycle | (18) Livestock | (32) Structure-Industrial |
| (05) Buses | (19) Merchandise | (33) Structure-Public |
| (06) Clothes/Fur | (20) Money | (34) Structure-Storage |
| (07) Computer | (21) Negotiable Instruments | (35) Structure-Other |
| (08) Consumable Goods | (22) Non-Negotiable Instruments | (36) Tools Power/Hand |
| (09) Credit/Debit Cards | (23) Office Equipment | (37) Trucks |
| (10) Drugs/Narcotics | (24) Other Motor Vehicle | (38) Vehicle Parts |
| (11) Drug/Narcotic Equipment | (25) Purses/Handbags/Wallets | (39) Watercraft |
| (12) Farm Equipment | (26) Radios/TVs/VCRs | (77) Other/Misc |
| (13) Firearms | (27) Recording Audio/Visual | (88) Pending Inventory |
| (14) Gambling Equipment | (28) Recreational Vehicle | (99) |

| Type | Code | Qty. | Property Description: Make, Model, Serial #, Type, Brand, VIN, Year, Color, License Plate & Year  For Drugs: Type and Estimated quantity | Value | NCIC |
|---|---|---|---|---|---|
| 3 | 11 | 1 | RED STRAW w/ WHITE RESIDUE | 1⁰⁰ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

LPD FORM O3  03/99

Case#: 14 - 4806

Page 2 of 8

# LEBANON POLICE DEPARTMENT

# INCIDENT REPORT

Case # 14-4782  Occurred on: 1 / 30 / 14 to / /  Occurred Time 19 : 30 to :

Report Date: 1 / 30 / 14  Report Time: 19 : 02  Reporting Officer PIN: 0042

Reporting Officer: J. Aviotte  Other PINs: 1099, 1057, 1043, 1081  Location of Incident: House # 903

1st Street: Murfreesboro Rd  Apt #: 148  Zone: A

NCIC Code: (1) 0010  Description: (1) Drugs - manufacture Schedule 2  A/C  C/F/M
(2) _____  (2) Promotion of Methamphetamine  A/C  E/M
(3) 0013  (3) Drugs - possession Sch 2 w/ Intent  A/C  C/M
(4) 0034  (4) Drugs - Simple Possession  A/C  F/M
(5) 0040  (5) Drugs - Paraphernalia  A/C  F/M

Location: (01) Air/Bus/Train Terminal        (09) Drug Store/Dr's Office/Hospital    (17) Liquor Store
(02) Bank/Savings and Loan         (10) Field/Woods                (18) Parking Lot
(03) Bar/Night Club            (11) Government/Public Building        (19) Rental/Storage
(04) Church/Synagogue/Temple        (12) Grocery/Supermarket          (20) Residence/Home
(05) Office Building            (13) Highway/Road/Alley          (21) Restaurant
(06) Construction Site          (14) Hotel/Motel              (22) School/College
(07) Convenience Store          (15) Jail/Prison              (23) Gas Station
(08) Department Store          (16) Lake/Waterway            (24) Specialty Store
(25) Other/Unknown

Bias Code: _____  Number of Premises Entered: 2  Method of Entry: (Force) (No Force)  Home Invasion: (Yes) (No)

Offender Used: (Alcohol) (Computer Equipment) (Drugs) (Not Applicable)  Type of Criminal Activity: _____

Weapon Used:  (11) Firearm      (15) Other Firearm      (40) Personal Weapon    (70) Narcotics
None  (12) Handgun      (20) Knife        (50) Poisoning      (85) Asphyxiation
(13) Rifle        (30) Blunt Object      (60) Explosives      (90) Other
(14) Shotgun      (35) Motor Vehicle      (65) Fire/Incendiary    (95) Unknown

Family Violence: (Yes) (No)  Gang Activity: (Yes) (No) (Unk)  Type of Gang Activity: _____

Reviewed by PIN: 0042  Assigned to PIN: _____  Case Status: (Open) (Closed) (Active)

Name Reason Code: (VDOM) Victim of Domestic        (VIND) Victim is Individual      (VBUS) Victim is Business
# 1  (VGOV) Victim is Government          (VFIN) Victim is Financial      (VPOL) Victim is Police
(VREL) Victim is Religious Org.        (VREL) Victim is Complainant    (VUNK) Victim is Unknown
(COM) Complainant          (VSOC) Victim is Society      (WIT) Witness

SSN: - -  Last Name: State  First: of Tenn  MI:  DOB: / /  Sex:  Race:

Street Address:  City:  State:  Zip:

Employer:  Home Phone: ( )  -  Work Phone: ( )  -

Injury Type: (N) None  (B) Broken Bones      (I) Internal Injury
(O) Major Injury  (T) Loss of Teeth  (U) Unconsciousness    (L) Severe Laceration    (M) Minor Injury

Relationship of Victim to Offender: ST  Victim connected to Offense #: 1,2,3,4,5

(SE) Spouse      (GP) Grandparent _    (SS) Step Sibling _    (BB) Baby Sitter _    (EE) Employee _
(CS) Common Law Spouse _  (GC) Grandchild _    (OF) Other Family _    (BG) Boy/Girl Friend _  (ER) Employer _
(PA) Parent _      (IL) In-Law _      (AQ) Acquaintance _    (CF) Child of bg _    (RU) Unknown _
(SB) Sibling _      (SP) Step Parent _    (FR) Friend _      (HH) Homosexual Rel. _  (XS) Ex Spouse _
(CH) Child _      (SC) Step Child _    (NE) Neighbor _    (XS) Ex Spouse _    (ST) Stranger
(VO) Vic / Off

Was victim a college student: (Yes) (No)  Did offense occur on campus: (Yes) (No)

Domestic Violence: DV Form (Yes) (No)  HomeSafe (Yes) (No)  Arrest Made: (Yes) (No)

Was children harmed: (Yes) (No) (None)  Was a violation of an order of protection involved? (Yes) (No)

Negligent Manslaughter: _____  Justifiable Homicide: _____  Officer Killed or Assaulted: _____

LPD FORM 01  03/99

Δ at hotel (ran by Leb. City
Police Dept)

pp.
pg. - nothing attached
(States see attached)

Page 1 of 9

8/14        01-31-2014        09:23:45                                    615 443 9960

Case # 14-4788   Occurred on: 1 / 30 / 14 to / /   Occurred Time 19 : 30 to :

Report Date: 1 / 30 / 14   Report Time: 19 : 02   Reporting Officer PIN: 0042

Reporting Officer: J. Pruitte   Other PINs: 1099, 1037, 1043, 1081   Location of Incident: House #903

1st Street: Murfreesboro Rd   Apt #: 148   Zone: A

NCIC Code: (1) 1032   Description: (1) Reckless Endangerment   A/C   F/**M**
(2) _____ (2) _____ A/O L/M
(3) _____ (3) _____ A/C F/M
(4) _____ (4) _____ A/C F/M
(5) _____ (5) _____ A/C F/M

Location:
(01) Air/Bus/Train Terminal
(02) Bank/Savings and Loan
(03) Bar/Night Club
(04) Church/Synagogue/Temple
(05) Office Building
(06) Construction Site
(07) Convenience Store
(08) Department Store
(25) Other/Unknown
(09) Drug Store/Dr's Office/Hospital
(10) Field/Woods
(11) Government/Public Building
(12) Grocery/Supermarket
(13) Highway/Road/Alley
(14) Hotel/Motel
(15) Jail/Prison
(16) Lake/Waterway
(17) Liquor Store
(18) Parking Lot
(19) Rental/Storage
(20) Residence/Home
(21) Restaurant
(22) School/College
(23) Gas Station
(24) Specialty Store

Bias Code: _____ Number of Premises Entered: ___ Method of Entry: (Force) (No Force) Home Invasion: (Yes) (No)

Offender Used: (Alcohol) (Computer Equipment) (Drugs) (Not Applicable)   Type of Criminal Activity: _____

Weapon Used:
(11) Firearm
(12) Handgun
(13) Rifle
(14) Shotgun
(15) Other Firearm
(20) Knife
(30) Blunt Object
(35) Motor Vehicle
(40) Personal Weapon
(50) Poisoning
(60) Explosives
(65) Fire/Incendiary
(70) Narcotics
(85) Asphyxiation
(90) Other
(95) Unknown

None

Family Violence: (Yes) (No)   Gang Activity: (Yes) (No) (Unk)   Type of Gang Activity: _____

Reviewed by PIN: 0042   Assigned to PIN: _____   Case Status: (Open) (Closed) (Active)

Name Reason Code: (VDOM) Victim of Domestic
(VGOV) Victim is Government
(VREL) Victim is Religious Org.
(COM) Complainant
# 1
(VIND) Victim is Individual
(VFIN) Victim is Financial
( ) Victim is Complainant
(VSOC) Victim is Society
(VBUS) Victim is Business
(VPOL) Victim is Police
(VUNK) Victim is Unknown
(WIT) Witness

SSN: - -   Last Name: State   First: of Tenn   MI:   DOB: / /   Sex:   Race:

Street Address:   City:   State:   Zip:

Employer:   Home Phone: ( ) -   Work Phone: ( ) -

Injury Type: (N) None   (B) Broken Bones   (I) Internal Injury   (L) Severe Laceration   (M) Minor Injury
(O) Major Injury   (T) Loss of Teeth   (U) Unconsciousness

Relationship of Victim to Offender: ST   Victim connected to Offense #: 1
(SE) Spouse ___
(CS) Common Law Spouse ___
(PA) Parent ___
(SB) Sibling ___
(CH) Child ___
(GP) Grandparent ___
(GC) Grandchild ___
(IL) In-Law ___
(SP) Step Parent ___
(SC) Step Child ___
(SS) Step Sibling ___
(OF) Other Family ___
(AQ) Acquaintance ___
(FR) Friend ___
(NE) Neighbor ___
(BE) Baby Sitter ___
(BG) Boy/Girl Friend ___
(CF) Child of bg ___
(HH) Homosexual Rel. ___
(XS) Ex Spouse ___
(EE) Employee ___
(ER) Employer ___
(RU) Unknown ___
(ST) Stranger ___
(VO) Vic / Off ___

Was victim a college student: (Yes) (No)   Did offense occur on campus: (Yes) (No)

Domestic Violence: DV Form (Yes) (No)   HomeSafe (Yes) (No)   Arrest Made: (Yes) (No)

Was children harmed: (Yes) (No) (None)   Was a violation of an order of protection involved? (Yes) (No)

Negligent Manslaughter: _____   Justifiable Homicide: _____   Officer Killed or Assaulted: _____

# LEBANON POLICE DEPARTMENT      PROPERTY REPORT

**TYPE OF PROERTY LOSS/ETC:**

| | | | | | |
|---|---|---|---|---|---|
| (1) Burned | (2) Damaged | (3) Evidence | (4) Forged/Counterfeit | (5) Lost | (6) None |
| (7) Recovered | (8) Seized | (9) Stolen | (10) Towed | (11) Other | (12) Found |

**PROPERTY DESCRIPTION:**

| | | |
|---|---|---|
| (01) Aircraft | (15) Construction Equipment | (29) Structure-Single Occupancy |
| (02) Alcohol | (16) Household Goods | (30) Structure-Other Dwelling |
| (03) Automobile | (17) Jewelry | (31) Structure-Commercial |
| (04) Bicycle | (18) Livestock | (32) Structure-Industrial |
| (05) Buses | (19) Merchandise | (33) Structure-Public |
| (06) Clothes/Fur | (20) Money | (34) Structure-Storage |
| (07) Computer | (21) Negotiable Instruments | (35) Structure-Other |
| (08) Consumable Goods | (22) Non-Negotiable Instruments | (36) Tools Power/Hand |
| (09) Credit/Debit Cards | (23) Office Equipment | (37) Trucks |
| (10) Drugs/Narcotics | (24) Other Motor Vehicle | (38) Vehicle Parts |
| (11) Drug/Narcotic Equipment | (25) Purses/Handbags/Wallets | (39) Watercraft |
| (12) Farm Equipment | (26) Radios/TVs/VCRs | (77) Other/Misc |
| (13) Firearms | (27) Recording Audio/Visual | (88) Pending Inventory |
| (14) Gambling Equipment | (28) Recreational Vehicle | (99) |

| Type | Code | Qty. | Property Description: Make, Model, Serial #, Type, Brand, VIN, Year, Color, License Plate & Year  For Drugs: Type and Estimated quantity | Value | NCIC |
|---|---|---|---|---|---|
| 3 | 77 | 1 | 20oz Drain Out | $5 | |
| 3 | 77 | 1 | 50 packs (Cotton Swabs) | $1 | |
| 3 | 77 | 1 | Vials | $1 | |
| 3 | 77 | 1 | Misc Tools | $10 | |
| 3 | 77 | 1 | 32 oz Coleman Fuel | $5 | |
| 3 | 77 | 1 | Roebic Crystal Drain Out 2lbs | $5 | |
| 3 | 77 | 1 | Tape (Black) | $1 | |
| 3 | 77 | 1 | Grinder | $1 | |
| 3 | 77 | 1 | Blue Container | $1 | |
| 3 | 77 | 1 | Equate Cold Compress pack | $2 | |
| 3 | 77 | 1 | Plastic Tubing | $10 | |
| 3 | 77 | 1 | Empty 20oz HCL generator | $1 | |
| 3 | 77 | 16 | Lithium batteries | $20 | |
| 3 | 77 | 1 | 20oz Empty bottle | $0 | |
| 3 | 77 | 1 | 2lb oz Morton Salt | $1 | |
| 3 | 77 | 1 | 26 oz Great Value Salt | $1 | |
| 3 | 77 | 3 | Mason Jars | $1 | |
| 3 | 77 | 1 | Plastic Funnel | $1 | |
| 3 | 77 | 1 | Pyrex 2 cup measuring cup | $1 | |
| 3 | 77 | 2 | box of 100 ct filters | $2 | |
| 3 | 77 | 1 | Baggie w/ Ammonia Nitrate | $1 | |
| 3 | 77 | 5 | Syringes | $1 | |
| 3 | 77 | 1 | Red bowl w/ residue | $1 | |

# LEBANON POLICE DEPARTMENT

# PROPERTY REPORT

TYPE OF PROERTY LOSS/ETC:
| | | | | | |
|---|---|---|---|---|---|
| (1) Burned | (2) Damaged | (3) Evidence | (4) Forged/Counterfeit | (5) Lost | (6) None |
| (7) Recovered | (8) Seized | (9) Stolen | (10) Towed | (11) Other | (12) Found |

PROPERTY DESCRIPTION:

| | | |
|---|---|---|
| (01) Aircraft | (15) Construction Equipment | (29) Structure-Single Occupancy |
| (02) Alcohol | (16) Household Goods | (30) Structure-Other Dwelling |
| (03) Automobile | (17) Jewelry | (31) Structure-Commercial |
| (04) Bicycle | (18) Livestock | (32) Structure-Industrial |
| (05) Buses | (19) Merchandise | (33) Structure-Public |
| (06) Clothes/Fur | (20) Money | (34) Structure-Storage |
| (07) Computer | (21) Negotiable Instruments | (35) Structure-Other |
| (08) Consumable Goods | (22) Non-Negotiable Instruments | (36) Tools Power/Hand |
| (09) Credit/Debit Cards | (23) Office Equipment | (37) Trucks |
| (10) Drug/Narcotics | (24) Other Motor Vehicle | (38) Vehicle Parts |
| (11) Drug/Narcotic Equipment | (25) Purses/Handbags/Wallets | (39) Watercraft |
| (12) Farm Equipment | (26) Radios/TVs/VCRs | (77) Other/Misc |
| (13) Firearms | (27) Recording Audio/Visual | (88) Pending Inventory |
| (14) Gambling Equipment | (28) Recreational Vehicle | (99) |

| Type | Code | Qty. | Property Description: Make, Model, Serial #, Type, Brand, VIN, Year, Color, License Plate & Year  For Drugs: Type and Estimated quantity | Value | NCIC |
|---|---|---|---|---|---|
| 3 | 77 | 1 | Coffee filter w/ pill crusher | $1 | |
| 3 | 77 | 1 | Coleman fuel 1 gallon | $5 | |
| 3 | 77 | 2 | Mason jars - Quart | $1 | |
| 3 | 77 | 3 | blister packs | $1 | |
| 3 | 77 | 1 | Ice ( Compress pack ) | $1 | |
| | | | | | |
| 3 | 10 | 1 | Apx 2 grams of (Meth) | $20 | |
| 3 | 10 | 13 | white pills ( Methadone ) | $15 | |
| 3 | 10 | 3 | Peach pills (Alprazolam) | $10 | |
| 3 | 10 | 1 | Apx 1 gram of (Meth) | $10 | |
| 3 | 10 | 1 | Crushed Powder (Percocet) | $1 | |
| 3 | 10 | 4 | Green Pills ( Oxycodone ) | $10 | |
| | | | | | |
| 3 | 77 | 1 | CDR | $1 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# ARREST/SUSPECT/F.I. INFORMATION

| | |
|---|---|
| P ☐ PETITION | ARREST DATE: 1-30-14 |
| W ☐ WARRANT | ARREST TIME: 1940 |
| SUS ☐ SUSPECT | |
| OFF ☐ OFFENDER | |
| FI ☐ FIELD INTERVIEW | |

CASE # 14-4788

ARRESTED 1 OF 2

1. 0018 (CF)  4. 0040 (M)
2. 0013 (CF)  5. 1832 (M)
3. 0034 (M)x4  6. 0010 (CF)

**TYPE OF ARREST:**
A ☑ ON VIEW ARREST
MP ☐ MISSING PERSON
JUV ☐ JUVENILE ARREST
RUN ☐ RUNAWAY
S ☐ SUMMONED/CITED
T ☐ TAKEN INTO CUSTODY

**ARRESTEE ARMED WITH:**
10 ☑ UNARMED
11 ☐ FIREARM
12 ☐ HANDGUN
13 ☐ RIFLE-
14 ☐ SHOTGUN
15 ☐ OTHER WEAPON
16 ☐ CUTTING INSTRUMENT
17 ☐ CLUB / BRASS KNUCKLES

**DISPOSITION OF ARREST UNDER 18:**
H ☐ HANDLED WITHIN DEPARTMENT
R ☐ REFERRED TO OTHER AUTHORITY

**LOCATION OF ARREST:** MURFREEBORO RD #148   9

ARREST #: 

DR. LICENSE #: 101560872   STATE: TN

| | | |
|---|---|---|
| SOCIAL SECURITY #: 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 | NAME: | ALIAS: |
| | LAST: MOSLEY  FIRST: STEPHANIE  MIDDLE: MARIE | |

HOUSE#: 121  STREET ADDRESS: W. JEFFERSON ST  CITY: CARTHAGE  STATE: TN  ZIP CODE: 37030

AGE: 31

DOB: 12-20-82

**SEX:**
M ☐ MALE
F ☑ FEMALE
U ☐ UNKNOWN

**RACE:**
W ☑ WHITE
B ☐ BLACK
I ☐ INDIAN
A ☐ ASIAN
O ☐ OTHER

**ETHNICITY:**
H ☐ HISPANIC
N ☐ NON-HISPANIC
U ☐ UNKNOWN

**RESIDENT STATUS:**
R ☐ RESIDENT
N ☑ NON-RESIDENT
U ☐ UNKNOWN

HOME#:

WORK#:

CELL/PAGER#: 6154195833

HEIGHT:
FEET: 5
INCHES: 6

WEIGHT: 180

**EYES:**
ALB ☐ ALBINO
BLK ☐ BLACK
BLU ☐ BLUE
BRO ☑ BROWN
GRN ☐ GREEN
GRY ☐ GRAY
HAZ ☐ HAZEL

**HAIR:**
BLK ☐ BLACK
BLN ☐ BLONDE
BRO ☑ BROWN
DBR ☐ DARK BROWN
LBR ☐ LIGHT BROWN
GRY ☐ GRAY
RED ☐ RED
XXX ☐ UNKNOWN
COMPLETELY BALD

**FINGERPRINTED**
☑ YES ☐ NO

**PHOTO TAKEN:**
☑ YES ☐ NO

**HANDED:**
R ☑ RIGHT
L ☐ LEFT
A ☐ AMBIDEXTROUS

OFF. PRESENT: ☐ YES ☑ NO

OCCUPATION:

EMPLOYED BY: UNEMPLOYED

SCHOOL:

HANDICAP?: ☐ YES ☑ NO  HOW:

GANG AFFILIATION:

DRUG TEST:  TYPE:  RESULTS:

TATTOOS........DESCRIBE FOUR LEAF CLOVER L WRIST

AMPUTATIONS...DESCRIBE

DEFORMITIES...DESCRIBE

SCARS........DESCRIBE

OTHER TRAITS...DESCRIBE

COURT: GSX

DATE AND TIME: 4-15-14 1pm

---

**DISTINCT FEATURES:**
01 ☐ AMPUTATION
02 ☐ ARTIFICIAL LIMB
03 ☐ BLIND
04 ☐ CANE/CRUTCH
05 ☐ CRIPPLED
06 ☐ DEFORMED LIMBS
07 ☐ GROWTH/MOLE
08 ☐ HEARING AID
09 ☐ LIMP
10 ☐ SKIN DISCOLORATION
11 ☐ SPASTIC MOVEMENTS
12 ☐ WHEELCHAIR
13 ☐ HANDICAPPED
99 ☑ OTHER

**APPEARANCE:**
01 ☑ CASUAL
02 ☐ DIRTY
03 ☐ DISGUISE
04 ☐ FLASHY
05 ☐ MILITARY
06 ☐ WELL GROOMED
07 ☐ ANGRY
08 ☐ CALM
09 ☐ DISORGANIZED
10 ☐ NERVOUS
11 ☐ POLITE
12 ☐ VIOLENT
99 ☐ OTHER

**FACIAL SHAPE:**
01 ☐ BROAD
02 ☐ HIGH CHEEKBONES
03 ☐ LONG
04 ☑ OVAL
05 ☐ ROUND
06 ☐ SQUARE
07 ☐ THIN/LONG
99 ☐ OTHER

**BODY BUILD:**
01 ☐ THIN
02 ☐ MEDIUM/AVERAGE
03 ☐ STOCKY
04 ☑ AVERAGE
05 ☐ OBESE
09 ☐ SMALL
10 ☐ LARGE
11 ☐ MUSCULAR
99 ☐ OTHER

**TEETH:**
01 ☐ BRACES
02 ☐ CROOKED/BROKEN
03 ☐ CROOKED
04 ☐ FALSE
05 ☐ GAPS BETWEEN
06 ☐ GOLD CAPPED
07 ☐ SILVER CAPPED
08 ☐ MISSING
09 ☐ STAINED/DECAYED
10 ☐ JEWEL STUDDED
11 ☑ NORMAL
99 ☐ OTHER

**COMPLEXION:**
01 ☐ PALE/SHALLOW
02 ☐ LIGHT/FAIR
03 ☑ MEDIUM/AVERAGE
04 ☐ DARK
05 ☐ TANNED
06 ☐ JAUNDICED
07 ☐ ACNE
08 ☐ FRECKLED
09 ☐ POCKED
10 ☐ RUDDY
11 ☐ CLEAR
12 ☐ OLIVE
13 ☐ WEATHERED
14 ☐ WRINKLED
15 ☐ UNKNOWN
99 ☐ OTHER

**FACIAL HAIR:**
01 ☑ NOT APPLICABLE
02 ☐ CLEAN SHAVEN
03 ☐ UNSHAVEN
04 ☐ SIDEBURNS
05 ☐ MUSTACHE
06 ☐ FU MANCHU
07 ☐ LOWER LIP
08 ☐ GOATEE
09 ☐ FULL BEARD
10 ☐ SCRAGGLY BEARD
11 ☐ SHORT BEARD
12 ☐ THIN MUSTACHE
13 ☐ THICK MUSTACHE
99 ☐ OTHER

**LENGTH OF HAIR:**
01 ☐ SHAVED
02 ☐ BALD
03 ☐ BALDING
04 ☐ SHORT
05 ☐ NECK LENGTH
06 ☐ COLLAR LENGTH
07 ☐ SHOULDER LENGTH
08 ☑ LONG
09 ☐ PUNK STYLE
99 ☐ OTHER

**HAIR SHADED/TYPE:**
01 ☐ LIGHT
02 ☐ DARK
03 ☑ HIGHLIGHTED
04 ☐ DYED
05 ☐ THICK
06 ☐ WIRY
07 ☐ FINE
08 ☐ THIN
09 ☐ RECEDING
10 ☐ WIG
99 ☐ OTHER

**HAIR STYLE:**
01 ☐ NOT APPLICABLE
02 ☐ AFRO
03 ☐ BUSHY
04 ☐ CREW CUT
05 ☐ MILITARY
07 ☑ BROWN-TAN
08 ☐ PROCESSED
09 ☐ STRAIGHT
10 ☐ WAVY/CURLY
11 ☐ FLAT TOP
12 ☐ GREASY
13 ☐ MOHAWK
14 ☐ PUNK
15 ☐ BANGS
16 ☐ CENTER PART
17 ☐ COMBED BACK
18 ☐ DIRTY
19 ☐ SIDE PART
20 ☐ STYLED
99 ☐ OTHER

**SPEECH:**
01 ☑ NORMAL
02 ☐ ACCENT - US
03 ☐ ACCENT - FOREIGN
04 ☐ NON-ENGLISH
05 ☐ HIGH PITCHED
06 ☐ LOW PITCHED
07 ☐ NASAL
08 ☐ RASPY
09 ☐ STUTTERS
10 ☐ DEEP
11 ☐ DISGUISED
12 ☐ SLURRED
13 ☐ OTHER
14 ☐ SPEECH IMPEDIMENT
99 ☐ OTHER

**GLASSES/CONTACTS:**
01 ☑ NONE
02 ☐ YES/UNKNOWN TYPE
03 ☐ PRESCRIPTION
04 ☐ SUNGLASSES
05 ☐ CONTACT LENS
06 ☐ DESIGNER
99 ☐ OTHER

**MARITAL STATUS:**
01 ☑ SINGLE
02 ☐ MARRIED
03 ☐ DIVORCED
04 ☐ WIDOW
05 ☐ SEPARATED
06 ☐ HOMOSEXUAL
07 ☐ COHABITATING
99 ☐ OTHER

U.S. CITIZEN: ☑ YES ☐ NO

EARRINGS: ☑ YES ☐ NO

CLOTHING: BLACK SHIRT JEANS

PLACE OF BIRTH: NC

NAME/ PIN# Aviette 8042

12/14   09:24:55   01-31-2014   615 443 3960

# ARREST/SUSPECT/F.I. INFORMATION

| P | ☐ PETITION | ARREST DATE: 1-30-14 | CASE # 14-4788 | 1. 0810 (F) | 4. 0034(M) x3 |
|---|---|---|---|---|---|

P ☐ PETITION
W ☐ WARRANT
SUS ☐ SUSPECT
OFF ☐ OFFENDER
FI ☐ FIELD INTERVIEW
AR ☐ ADULT ARREST
MP ☐ MISSING PERSON
JUV ☐ JUVENILE ARREST
RUN ☐ RUNAWAY

ARREST DATE: 1-30-14
ARREST TIME: 1940

CASE # 14-4788
ARRESTED 2 of 2

1. 0810 (F)
2. 0010 (F)
3. 0013 (F)
4. 0034(M) x3
5. 1032 (M)
6. 0040(M)

**TYPE OF ARREST:**
☐ ON VIEW
S ☐ SUMMONED/CITED
T ☐ TAKEN INTO CUSTODY

**ARRESTEE ARMED WITH:**
10 ☐ UNARMED
11 ☐ FIREARM
12 ☐ HANDGUN
13 ☐ RIFLE
14 ☐ SHOTGUN
15 ☐ OTHER WEAPON
16 ☐ CUTTING INSTRUMENT
17 ☐ CLUB / BRASS KNUCKLES

**DISPOSITION OF ARREST UNDER 18:**
H ☐ HANDLED WITHIN DEPARTMENT
R ☐ REFERRED TO OTHER AUTHORITY

LOCATION OF ARREST: 903 MURFREESBORO RD #148    ARREST #: 8    DR. LICENSE #: 111 800 987    STATE: TN

SOCIAL SECURITY #: 307 98 2862    LAST: BUSARD    FIRST: NATHAN    MIDDLE: ANDREW    ALIAS:

HOUSE #: 707    STREET ADDRESS: PARK AVE    CITY: LEBANON    STATE: TN    ZIP CODE: 37087

| AGE: 26 | SEX: ☒ MALE ☐ FEMALE ☐ UNKNOWN | RACE: ☒ WHITE ☐ BLACK ☐ INDIAN ☐ ASIAN ☐ OTHER | ETHNICITY: H ☐ HISPANIC N ☐ NON-HISPANIC U ☐ UNKNOWN | RESIDENT STATUS: R ☒ RESIDENT N ☐ NON-RESIDENT U ☐ UNKNOWN | HOME #: WORK #: CELL/PAGER #: UNK |
|---|---|---|---|---|---|

DOB: 6-1-87

| HEIGHT: FEET: 5 INCHES: 11 | WEIGHT: 160 | EYES: ALB ☐ ALBINO  BLK ☐ BLACK  BLU ☐ BLUE  BRO ☒ BROWN   GRN ☐ GREEN  GRY ☐ GRAY  HAZ ☐ HAZEL | HAIR: BLK ☐ BLACK  BLN ☐ BLONDE  BRO ☒ BROWN  DBR ☐ DARK BROWN  LBR ☐ LIGHT BROWN  GRY ☐ GRAY  RED ☐ RED  XXX ☐ UNKNOWN  COMPLETELY BALD | FINGERPRINTED: ☐ YES ☐ NO  PHOTO TAKEN: ☐ YES ☐ NO | HANDED: R ☒ RIGHT  L ☐ LEFT  A ☐ AMBIDEXTROUS |
|---|---|---|---|---|---|

| OFF. PRESENT: ☒ YES ☐ NO | OCCUPATION: | EMPLOYED BY: UNEMPLOYED | SCHOOL: |
|---|---|---|---|

| HANDICAP?: ☐ YES ☒ NO | HOW: | GANG AFFILIATION: LATIN KINGS | DRUG TEST: TYPE: | RESULTS: |
|---|---|---|---|---|

TATTOOS..........DESCRIBE 3 POINT CROWN    L NECK

AMPUTATIONS....DESCRIBE

DEFORMITIES....DESCRIBE

SCARS...........DESCRIBE

OTHER TRAITS...DESCRIBE

COURT: GSII

DATE AND TIME: 4-15-14   1pm

**DISTINCT FEATURES:**
01 ☐ AMPUTATION
02 ☐ ARTIFICIAL LIMB
03 ☐ BLIND
04 ☐ CANE/CRUTCH
05 ☐ CRIPPLED
06 ☐ DEFORMED LIMBS
07 ☐ GROWTH/MOLE
08 ☐ HEARING AID
09 ☐ LIMP
10 ☐ SKIN DISCOLORATION
11 ☐ SPASTIC MOVEMENTS
12 ☐ WHEELCHAIR
13 ☐ HANDICAPPED
99 ☐ OTHER

**APPEARANCE:**
01 ☒ NEAT/SMART
02 ☐ DIRTY
03 ☐ DISGUISE
04 ☐ FLASHY
05 ☐ MILITARY
06 ☐ WELL GROOMED
07 ☐ ANGRY
08 ☐ CALM
09 ☐ DISORGANIZED
10 ☐ NERVOUS
11 ☐ POLITE
12 ☐ VIOLENT
99 ☐ OTHER

**FACIAL SHAPE:**
01 ☐ BROAD
02 ☐ HIGH CHEEKBONES
03 ☐ LONG
04 ☒ OVAL
05 ☐ SQUARE
06 ☐ THIN/LONG
99 ☐ OTHER

**BODY BUILD:**
01 ☐ THIN
02 ☒ MEDIUM/AVERAGE
03 ☐ STOCKY
04 ☐ HEAVY
05 ☐ OBESE
09 ☐ SMALL
10 ☐ LARGE
11 ☐ MUSCULAR
99 ☐ OTHER

**TEETH:**
01 ☐ BRACES
02 ☐ CROOKED/BROKEN
03 ☐ CROOKED
04 ☐ FALSE
05 ☐ GAPS BETWEEN
06 ☐ GOLD CAPPED
07 ☐ SILVER CAPPED
08 ☐ MISSING
09 ☐ STAINED/DECAYED
10 ☐ JEWEL STUDDED
11 ☒ NORMAL
99 ☐ OTHER

**COMPLEXION:**
01 ☐ PALE/SHALLOW
02 ☐ LIGHT/FAIR
03 ☒ MEDIUM/AVERAGE
04 ☐ DARK
05 ☐ TANNED
06 ☐ JAUNDICED
07 ☐ ACNE
08 ☐ FRECKLED
09 ☐ POCKED
10 ☐ RUDDY
11 ☐ CLEAR
12 ☐ OLIVE
13 ☐ WEATHERED
14 ☐ WRINKLED
15 ☐ UNKNOWN
99 ☐ OTHER

**FACIAL HAIR:**
01 ☐ NOT APPLICABLE
02 ☒ CLEAN SHAVEN
03 ☐ UNSHAVEN
04 ☐ SIDEBURNS
05 ☐ MUSTACHE
06 ☐ FU MANCHU
07 ☐ LOWER LIP
08 ☐ GOATEE
09 ☐ FULL BEARD
10 ☐ SCRAGGLY BEARD
11 ☐ SHORT BEARD
12 ☐ THIN MUSTACHE
13 ☐ THICK MUSTACHE
99 ☐ OTHER

**LENGTH OF HAIR:**
01 ☐ SHAVED
02 ☐ BALD
03 ☐ BALDING
04 ☒ SHORT
05 ☐ NECK LENGTH
06 ☐ COLLAR LENGTH
07 ☐ SHOULDER LENGTH
08 ☐ LONG
09 ☐ PUNK STYLE
99 ☐ OTHER

**HAIR SHADED/TYPE:**
01 ☐ LIGHT
02 ☒ DARK
03 ☐ HIGHLIGHTED
04 ☐ DYED
05 ☐ THICK
06 ☐ WIRY
07 ☐ FINE
08 ☐ THIN
09 ☐ RECEDING
10 ☐ WIG
99 ☐ OTHER

**HAIR STYLE:**
01 ☐ NOT APPLICABLE
02 ☐ AFRO
04 ☐ BUSHY
05 ☐ CREW CUT
06 ☒ CURLY
07 ☐ PONYTAIL
08 ☐ PROCESSED
09 ☐ STRAIGHT
10 ☐ WAVY/CURLY
11 ☐ FLAT TOP
12 ☐ GREASY
13 ☐ MOHAWK
14 ☐ PUNK
15 ☐ BANGS
16 ☐ CENTER PART
17 ☐ COMBED BACK
18 ☐ DIRTY
19 ☐ SIDE PART
20 ☐ STYLED
99 ☐ OTHER

**SPEECH:**
01 ☒ NORMAL
02 ☐ ACCENT - US
03 ☐ ACCENT - FOREIGN
04 ☐ NON-ENGLISH
05 ☐ HIGH PITCHED
06 ☐ LOW PITCHED
07 ☐ NASAL
08 ☐ RASPY
09 ☐ STUTTERS
10 ☐ DEEP
11 ☐ DISGUISED
12 ☐ SLURRED
13 ☐ OTHER
14 ☐ SPEECH IMPEDIMENT
99 ☐ OTHER

**GLASSES/CONTACTS:**
01 ☒ NONE
02 ☐ YES/UNKNOWN TYPE
03 ☐ PRESCRIPTION
04 ☐ SUNGLASSES
05 ☐ CONTACT LENS
06 ☐ DESIGNER
99 ☐ OTHER

**MARITAL STATUS:**
01 ☒ SINGLE
02 ☐ MARRIED
03 ☐ DIVORCED
04 ☐ WIDOW
05 ☐ SEPARATED
06 ☐ HOMOSEXUAL
07 ☐ COHABITATING
99 ☐ OTHER

EARRINGS: ☐ YES ☒ NO
U.S. CITIZEN: ☒ YES ☐ NO

**CLOTHING:**
RED JACKET
GRAY PANTS

**PLACE OF BIRTH:**
GRAY PANTS

NAME/PIN#: Arville    0012    PAGE 7 of 9

**OFFICER:** Pruitte **PIN #:** 0042 **DATE:** 1/30/14 **CASE #:** 14-4788

On January 30th, 2014, I received intel of a possible meth lab at 903 Murfreesboro Rd (Knight's Inn) in room 148. Sgt. Hawkins and I responded to the room to conduct a knock and talk with the occupants of the room. Upon my arrival, I knocked on the door and female identified as Stephanie Mosley answered the door. I explained to Ms. Mosley that we had received information of a possible meth lab in the room and we were there to investigate. Ms. Mosley adamantly denied a meth lab being in the room. I asked for consent to step in the room and she stated that it was not her room. She further stated that the lessee was in Smith Co. jail. I explained to her that the management would be asking her to leave giving the circumstance. Ms. Mosley opened the door and told us to come in. She presented me with a mirror that had a crushed pill (Percocet) on it with a straw. Mosley stated that it was all she had. I asked Ms. Mosley where her belongings were and she pointed at the front corner of the room. I asked for consent to search her bags and she granted it. Upon consent search, I located several syringes in a plastic bag. I asked Ms. Mosley if she was diabetic and she stated "no". Ms. Mosley was sitting on the bed closest to the bathroom and I noticed a camo backpack sitting by her left leg. I placed Ms. Mosley under arrest for Simple Possession and Paraphernalia. A search incident to arrest was conducted of Ms. Mosley and the immediate area of her. I located Mason Jars with residue, plastic tubing, coffee filters, lithium batteries and drain cleaner in the camo backpack. A male was found hiding in the bathroom and was identified as Nathan Busard. Mr. Busard was also placed under arrest. I also noticed several pills later identified as Methadone and Alprazolam laying on the front counter in plain-view. Officer Bryan transported both subjects to WCSO for booking. Officer Chris Luna and Brian Blackburn were notified to respond. For the safety of the guest in other rooms, I had management relocate them to other rooms. Ms. Mosley was found to have a plastic baggy with approximately 2grams of white powdery substance believed to be methamphetamine and a green pill container with 4 pills in her bra at booking. Luna and Blackburn located several components commonly used in the manufacture of methamphetamine and approximately 1 gram of white powdery substance believed to be methamphetamine. Both Mosley and Busard were charged with constructive possession of all the narcotics, narcotic equipment and paraphernalia inside the room. The Tennessee Methamphetamine Task Force responded to clean up all the items located inside the room. The pills and meth were placed into LPD evidence.

APPROVING OFFICER: _____ PIN: 0042 DATE APPROVED: 1 / 31 / 14

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____         District of         _____ TENNESSEE _____

United States of America

v.

_____ RYAN MOORE _____                Case Number:   3:13-00097-24
Defendant

### ORDER SETTING CONDITIONS
### OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

    (1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

    (2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

    (3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____

_____          on          _____
                                                       Place

                                                       Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ )   The defendant promises to appear at all proceedings as required and to surrender

( )   The defendant executes an unsecured bond binding the defendant to pay
                                                       dollar _____ )
       in the event of a failure to appear as required or to surrender as directed for

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL     SERVICES     U.S. ATTORNEY     U.S. MARSHAL

SCANNED

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community,

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(   ) (6)   The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____     _____
                   Custodian or Proxy            Date

( X ) (7)   The defendant shall:

*RM* ( X ) (a)   report to the   U.S. Pretrial Services as directed _____
          telephone number   (615) 736-5771   , not later than _____

(   ) (b)   execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

(   ) (c)   post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described

(   ) (d)   execute a bail bond with solvent sureties in the amount of $ _____

*RM* ( X ) (e)   maintain or actively seek employment. *or attend school as directed*

(   ) (f)   maintain or commence an education program.

*RM* ( X ) (g)   surrender any passport to:   *Pretrial Services*

*RM* ( X ) (h)   obtain no passport.

*RM* ( X ) (i)   abide by the following restrictions on personal association, place or abode, or travel: *Restricted to Middle District of TN unless pre-approved for out of district travel by Pretrial Services*

*RM* ( X ) (j)   avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: *Co-defendants without prior approval of Pretrial Service*

(   ) (k)   undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

(   ) (l)   return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

(   ) (m)   maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

(   ) (n)   refrain from possessing a firearm, destructive device, or other dangerous weapons.

(   ) (o)   refrain from (   ) any (   ) excessive use of alcohol.

*RM* ( X ) (p)   refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

*RM* ( X ) (q)   submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

*RM* ( X ) (r)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

*RM* ( X ) (s)   refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

(   ) (t)   participate in one of the following home confinement program components and abide by all the requirements of the program which (   ) will or (   ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

     (   ) (i)   Curfew. You are restricted to your residence every day (   ) from _____ to _____ , or (   ) as directed by the pretrial services office or supervising officer; or

     (   ) (ii)   Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

     (   ) (iii)   Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

*RM* ( X ) (u)   report as soon as possible to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. *and within 48 hrs.*

*RM* ( X ) (v)   Shall permit Pretrial Services Officer to visit you at home or elsewhere at any time, and allow Pretrial Services Officer to confiscate any contraband in plain view.

(   ) (w)   _____

(   ) (x)   _____

                                        *[signature]* 11/26/13

DISTRIBUTION:    COURT     DEFENDANT     PRETRIAL SERVICES     U.S. ATTORNEY     U.S. MARSHAL

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

### Directions to United States Marshal

( x ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____June 3, 2013_____          _____
                                                                                                          Signature of Judicial Officer

E. CLIFTON KNOWLES, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# LEBANON POLICE DEPARTMENT

# INCIDENT REPORT

Case # 14 - 4806 Occurred on: 1 / 30 / 14 to / /    Occurred Time: 22 26 to :

Report Date: 1 / 30 / 14    Report Time: 22 : 26    Reporting Officer PIN: 1057

Reporting Officer: C. BRYAN    Other PINs: 1099, 1016    Location of Incident: House # 921

1st Street: MURFREESBORO RD    Apt #:    Zone: A

NCIC Code: (1) 0040    Description: (1) DRUG - PARAPHERNALIA    A/C    F/M
(2) 7310    (2) Alle Intoxication    A/C    F/M
(3) _____    (3) _____    A/C    F/M
(4) _____    (4) _____    A/C    F/M
(5) _____    (5) _____    A/C    F/M

Location:
(01) Air/Bus/Train Terminal    (09) Drug Store/Dr's Office/Hospital    (17) Liquor Store
(02) Bank/Savings and Loan    (10) Field/Woods    (18) Parking Lot
(03) Bar/Night Club    (11) Government/Public Building    (19) Rental/Storage
(04) Church/Synagogue/Temple    (12) Grocery/Supermarket    (20) Residence/Home
(05) Office Building    (13) Highway/Road/Alley    (21) Restaurant
(06) Construction Site    (14) Hotel/Motel    (22) School/College
(07) Convenience Store    (15) Jail/Prison    (23) Gas Station
(08) Department Store    (16) Lake/Waterway    (24) Specialty Store
(25) Other/Unknown

Bias Code: _____ Number of Premises Entered: 0    Method of Entry: (Force) (NoForce)    Home Invasion: (Yes) (No)

Offender Used: (Alcohol) (Computer Equipment) (Drugs) (Not Applicable)    Type of Criminal Activity: P, T, U

Weapon Used: (11) Firearm    (15) Other Firearm    (40) Personal Weapon    (80) Narcotics
(12) Handgun    (20) Knife    (50) Poisoning    (85) Asphyxiation
(13) Rifle    (30) Blunt Object    (60) Explosives    (90) Other
(14) Shotgun    (35) Motor Vehicle    (65) Fire/Incendiary    (95) Unknown

Family Violence: (Yes) (No)    Gang Activity: (Yes) (No) (Unk)    Type of Gang Activity: ____

Reviewed by PIN: 1099    Assigned to PIN: _____    Case Status: (Open) (Closed) (Active)

Name Reason Code: (VDOM) Victim of Domestic    (VIND) Victim is Individual    (VBUS) Victim is Business
(VGOV) Victim is Government    (VFIN) Victim is Financial    (VPOL) Victim is Police
# ___1    (VREL) Victim is Religious Org.    (VCOM) Victim is Complainant    (VUNK) Victim is Unknown
(COM) Complainant    (VSOC) Victim is Society    (WIT) Witness

SSN: - -    Last Name: of TN    First: STATE    MI:    DOB: / /    Sex:    Race:

Street Address:    City:    State:    Zip:

Employer:    Home Phone: ( ) -    Work Phone: ( )

Injury Type: (N) None    (B) Broken Bones    (I) Internal Injury    (L) Severe Laceration    (M) Minor Injury
(O) Major Injury    (T) Loss of Teeth    (U) Unconsciousness

Relationship of Victim to Offender: S T    Victim connected to Offense #: ___1

(SE) Spouse ___    (GP) Grandparent___    (SS) Step Sibling ___    (BE) Baby Sitter___    (EE) Employee___
(CS) Common Law Spouse ___    (GC) Grandchild ___    (OF) Other Family ___    (BG) Boy/Girl Friend___    (ER) Employer___
(PA) Parent ___    (IL) In-Law ___    (AQ) Acquaintance ___    (CF) Child of bg ___    (RU) Unknown___
(SB) Sibling ___    (SP) Step Parent ___    (FR) Friend ___    (HH) Homosexual Rel. ___    (XS) Stranger___
(CH) Child ___    (SC) Step Child ___    (NE) Neighbor ___    (XS) Ex Spouse ___    (VO) Vic / Off

Was victim a college student: (Yes) (No)    Did offense occur on campus: (Yes) (No)

Domestic Violence: DV Form (Yes) (No)    HomeSafe (Yes) (No)    Arrest Made: (Yes) (No)

Was children harmed: (Yes) (No) (None)    Was a violation of an order of protection involved? (Yes) (No)

Negligent Manslaughter: _____    Justifiable Homicide: ___,___    Officer Killed or Assaulted: ___,___,___